# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Stone,<br><br>          Plaintiff,<br><br>v.<br><br>Grant & Weber Arizona Incorporated,<br><br>          Defendant. | No. CV-16-01030-PHX-ESW<br><br>**DEFAULT JUDGMENT** |

The Court has considered Plaintiff's Motion for Default Judgment (Doc. 10). No response has been filed. *See* LRCiv 7.2(i). For the reasons set forth in Plaintiff's Motion,

**IT IS HEREBY ORDERED** granting the Motion for Default Judgment (Doc. 10).

**IT IS FURTHER ORDERED** that default judgment is entered against Defendant, Grant & Weber Arizona, Inc., in the amount of Four Thousand, Eight Hundred Fifty Dollars ($4,850.00), plus interest from the date of judgment at the legally allowable rate.

**IT IS FURTHER ORDERED** terminating the case.

Dated this 22nd day of September, 2016.

Honorable Eileen S. Willett
United States Magistrate Judge